# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| CDK GLOBAL, LLC, as successor-in-interest to ADP DEALER SERVICES, INC.,<br><br>    Plaintiff,<br><br> -against-<br><br>TULLEY AUTOMOTIVE GROUP, INC., and JOHN DOE CORPORATIONS 1-5,<br><br>    Defendants. | Civil Action No. 15-03103 (KM) (SCM)<br><br>**APPLICATION FOR EXTENSION OF TIME TO ANSWER, MOVE OR OTHERWISE REPLY** |

Application is hereby made for a Clerk's Order extending the time within which defendant Tulley Automotive Group, Inc. may answer, move, or otherwise reply to the Complaint filed by plaintiff herein and it is represented that:

1. No previous extension has been obtained;
2. Service of process was effectuated on May 14, 2015; and
3. Time to answer, move or otherwise reply expires on June 4, 2015.

Dated: New York, New York  
   June 1, 2015

By: /s/ Heidi J. Sorvino  
  Heidi J. Sorvino  
  HODGSON RUSS LLP  
  1540 Broadway, 24th Floor  
  New York, New York 10036  
  (212) 751-4300  
  *Attorneys for Defendant*

## ORDER

The above application is GRANTED and defendant Tulley Automotive Group, Inc.'s time to answer, move, or otherwise reply to the Complaint is extended to June 18, 2015.

Dated: _____      WILLIAM T. WALSH, Clerk

               By: _____  
                 Deputy Clerk